1 **ROBERT R. HENSSLER JR.**
California State Bar No. 216165
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 email: Robert_Henssler@fd.org

5 Attorneys for Mr. Cruz-Valles

6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE THOMAS J. WHELAN)**

11 | UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0301-W |
|---|---|---|
| Plaintiff, | ) | DATE: March 24, 2007 |
| | ) | TIME: 2:00 p.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND |
| **CARLOS DAVID QUINONEZ, SR.**, | ) | MOTIONS TO: |
| | ) | |
| Defendant. | ) | 1) COMPEL DISCOVERY; |
| | ) | 2) PRESERVE EVIDENCE; |
| | ) | 3) SUPPRESS STATEMENTS; |
| | ) | 4) HOLD VOLUNTARINESS HEARING; |
| | ) | 5) PRECLUDE THE PROSECUTION FROM |
| | ) |    PROCEEDING UNDER AN AIDING AND |
| | ) | ABETTING THEORY; AND |
| | ) | 6) GRANT LEAVE TO FILE FURTHER |
| | ) | MOTIONS |

20 TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
         DAVID LESHNER, ASSISTANT UNITED STATES ATTORNEY:
21

22       PLEASE TAKE NOTICE that on March 24, 2008, at 2:00 p.m., or as soon thereafter as counsel may

23 be heard, Carlos David Quinonez, Sr., by and through counsel, Robert R. Henssler Jr., and Federal Defenders

24 of San Diego, Inc., will ask this Court to enter an order granting the following motions.

25 //

26 //

27 //

28 //

# MOTIONS

**Carlos David Quinonez, Sr.**, by and through counsel, Hanni M. Fakhoury, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Compel Discovery;

2) Preserve Evidence;

3) Suppress Statements;

4) Hold Voluntariness Hearing;

5) Preclude the Prosecution from Proceeding under an Aiding and Abetting Theory; and

6) Grant Leave to File Further Motions

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

/s/ *Hanni M. Fakhoury*

Dated: March 10, 2008

**HANNI M. FAKHOURY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Quinonez

1 | **CERTIFICATE OF SERVICE**

2   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Eugene Litvinoff
U S Attorneys Office Southern District of California
Email: Eugene.Litvinoff@usdoj.gov

7 Dated: March 10, 2008                     /s/ Hanni M. Fakhoury
                                             HANNI M. FAKHOURY
                                             Federal Defenders of San Diego, Inc.
                                             225 Broadway, Suite 900
                                             San Diego, CA 92101-5030
                                             (619) 234-8467  (tel)
                                             (619) 687-2666  (fax)
                                             e-mail: Robert_Henssler@fd.org