**HANNI M. FAKHOURY**
California Bar No. 252629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Hanni_Fakhoury@fd.org

Attorneys for Mr. Quinonez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 08CR0301-W |
| Plaintiff, ) | DATE: March 24, 2008 |
| ) | TIME: 2:00 p.m. |
| v. ) | |
| ) | NOTICE OF MOTION AND MOTION TO |
| **CARLOS DAVID QUINONEZ, SR.**, ) | DISMISS THE INDICTMENT DUE TO |
| ) | MISINSTRUCTION OF THE GRAND |
| Defendant. ) | JURY |
| ) | |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
          EUGENE LITNIVOFF, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on March 24, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, Carlos David Quinoniez, Sr., by and through counsel, Hanni M. Fakhoury, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//

//

//

//

//

//

//

## **MOTIONS**

Carlos David Quinoniez, Sr., by and through counsel, Hanni M. Fakhoury, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to dismiss the indictment due to misinstruction of the grand jury.

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on this motion.

                                              Respectfully submitted,

                                              /s/ *HANNI M.FAKHOURY*

Dated: March 10, 2008                    **HANNI M. FAKHOURY**
                                                       Federal Defenders of San Diego, Inc.
                                                         Attorneys for Mr. Quiononez

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Eugene Litvinoff
U S Attorneys Office Southern District of California
Email: Eugene.Litvinoff@usdoj.gov

Dated: March 10, 2008          */s/ Hanni M. Fakhoury*
                                HANNI M. FAKHOURY
                                Federal Defenders of San Diego, Inc.
                                225 Broadway, Suite 900
                                San Diego, CA 92101-5030
                                (619) 234-8467  (tel)
                                (619) 687-2666  (fax)
                                e-mail: Robert_Henssler@fd.org