**HANNI M. FAKHOURY**
California Bar No. 252629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Hanni_Fakhoury@fd.org

Attorneys for Mr. Quinonez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**CARLOS DAVID QUINONEZ, SR.**,<br>Defendant. | CASE NO.: 08CR0301-W<br><br>DATE: March 24, 2008<br>TIME: 2:00 p.m.<br><br>NOTICE OF EXHIBIT IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS STATEMENTS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
EUGENE LITNIVOFF, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that Carlos David Quinonez, Sr., by and through his attorneys, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc., files Exhibit A, "DVD of a portion of interrogation of defendant" in support of his previously filed motion to suppress statements, docket number 14. The DVD will be hand delivered on this day to the United States Clerk's Office along with a this filing.

A courtesy copy of this filing as well as "Exhibit A" will also be provided to Judge Whelan's chambers and Assistant United States Attorney Eugene Litvinoff via hand delivery.

Respectfully submitted,

/s/ *HANNI M. FAKHOURY*

Dated: March 11, 2008

**HANNI M. FAKHOURY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Quinonez

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Eugene Litvinoff
U S Attorneys Office Southern District of California
Email: Eugene.Litvinoff@usdoj.gov

Courtesy copies will be hand delivered to all parties.

Dated: March 11, 2008

*/s/ Hanni M. Fakhoury*
HANNI M. FAKHOURY
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Robert_Henssler@fd.org