**HANNI M. FAKHOURY**
California Bar No. 252629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Hanni_Fakhoury@fd.org

Attorneys for Mr. Quinonez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 08CR0301-W |
| Plaintiff, | DATE: June 17, 2008<br>TIME: 9:00 a.m. |
| v. | NOTICE OF MOTIONS AND MOTIONS IN LIMINE TO: |
| **CARLOS DAVID QUINONEZ, SR.**, | |
| Defendant. | 1) PRECLUDE DETAILS OF THE COMPARTMENT CONTAINING THE MATERIAL WITNESS;<br>2) PRECLUDE HEARSAY STATEMENTS ABOUT SMUGGLING ARRANGEMENTS UNDER CRAWFORD;<br>3) PRECLUDE ANY EVIDENCE UNDER FEDERAL RULES OF EVIDENCE 404(B) AND 609;<br>4) PRECLUDE THE INTRODUCTION OF MR. QUINONEZ'S POST-ARREST STATEMENTS;<br>5) EXCLUDE POVERTY EVIDENCE;<br>6) EXCLUDE EXPERT WITNESSES;<br>7) PRECLUDE THE INTRODUCTION OF TECS HISTORY<br>8) EXCLUDE THE GOVERNMENT'S CASE AGENT;<br>9) NOT SEND THE INDICTMENT INTO THE JURY ROOM DURING DELIBERATIONS;<br>10) ALLOW ATTORNEY-CONDUCTED VOIR-DIRE;<br>11) ORDER PRODUCTION OF GRAND JURY TRANSCRIPTS; |

**TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND**
   **PETER MAZZA, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on June 17, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, Carlos David Quinonez, Sr., by and through counsel, Hanni M. Fakhoury, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

## **MOTIONS**

Carlos David Quinonez, Sr., by and through counsel, Hanni M. Fakhoury, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1. Preclude Details of the Compartment Containing the Material Witness;
2. Preclude Hearsay Statements about Smuggling Arrangements under Crawford;
3. Preclude Any Evidence under Federal Rules of Evidence 404(b) and 609;
4. Preclude the Introduction of Mr. Quinonez's Post-Arrest Statements;
5. Exclude Poverty Evidence;
6. Exclude Expert Witnesses;
7. Preclude the Introduction of TECS History
8. Exclude the Government's Case Agent;
9. Not Send the Indictment into the Jury Room During Deliberations;
10. Allow Attorney-conducted Voir-dire; and
11. Order Production of Grand Jury Transcripts.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: June 5, 2008         *s/ Hanni M. Fakhoury*
**HANNI M. FAKHOURY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Quinonez
Hanni_Fakhoury@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Peter Mazza,
Assistant United States Attorney
880 Front Street
Room 6293
San Diego, CA 92101
(619) 557-5610
Fax: (619) 557-3445
Email: Peter.Mazza@usdoj.gov

Dated: June 5, 2008                    /s/ *Hanni Fakhoury*
                                       HANNI M. FAKHOURY
                                       Federal Defenders of San Diego, Inc.
                                       225 Broadway, Suite 900
                                       San Diego, CA 92101-5030
                                       (619) 234-8467  (tel)
                                       (619) 687-2666  (fax)
                                       e-mail: Hanni_Fakhoury@fd.org