KAREN P. HEWITT
United States Attorney
PETER J. MAZZA
Assistant U.S. Attorney
California State Bar No. 239918
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5528

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR0301-W |
| Plaintiff, | Date: June 17, 2008<br>Time: 9:00 a.m. |
| v. | APPLICATION FOR ORDER SHORTENING TIME |
| CARLOS DAVID QUINONEZ, SR., | |
| Defendant. | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Peter J. Mazza, Assistant United States Attorney, and hereby applies to this Court for an order shortening time in which to file the Government's response in opposition to Defendant's motions in limine.

Based on the foregoing and the attached declaration establishing good cause, the Government respectfully requests that the Court grant this Application for an Order Shortening Time.

DATED: June 11, 2008          Respectfully submitted,

                              KAREN P. HEWITT
                              United States Attorney


                              s/ Peter J. Mazza
                              PETER J. MAZZA
                              Assistant U.S. Attorney