```
 1  KAREN P. HEWITT
    United States Attorney
 2  PETER J. MAZZA
    Assistant U.S. Attorney
 3  California State Bar No. 239918
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5528

 6  Attorneys for Plaintiff
    United States of America
 7
```

|   |   |   |
|---|---|---|
| 8 | | UNITED STATES DISTRICT COURT |
| 9 | | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0301-W |
| | ) | |
| Plaintiff, | ) | Date:   June 17, 2008 |
| | ) | Time:   9:00 a.m. |
| v. | ) | |
| | ) | DECLARATION IN SUPPORT OF |
| CARLOS DAVID QUINONEZ, SR., | ) | GOVERNMENT'S APPLICATION FOR ORDER |
| | ) | SHORTENING TIME |
| Defendant. | ) | |
| | ) | |

16     I, Peter J. Mazza, hereby submit the following declaration in support of the Government's application for an order shortening time in which the Government may file its response in opposition to Defendant's motions in limine, and state under penalty of perjury:

20     1.   I am the Assistant United States Attorney assigned to this case.

22     2.   Pursuant to the Court's standing orders for criminal for matters, the Government's response in opposition to Defendant's motions in limine was due June 3, 2008, two weeks before trial.

26     3.   Defendant filed his 14-page motions in limine on June 5, 2008.

28  //

I swear to the best of my knowledge and recollection that the foregoing is true and accurate.

DATED: June 11, 2008

<u>s/ Peter J. Mazza</u><br>
PETER J. MAZZA<br>
Assistant U.S. Attorney