FILED
JUN 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0301-W |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER SHORTENING TIME** |
| v. | ) | |
| | ) | |
| CARLOS DAVID QUINONEZ, SR., | ) | Date:    June 17, 2008 |
| | ) |           9:00 a.m. |
| Defendant. | ) | |
| | ) | |

Upon application of the United States and good cause appearing therefor,

IT HEREBY IS ORDERED that the United States may file its response in opposition to the above-named Defendant's motions in limine on June 11, 2008.

DATED:  6/12/08

_____
HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT COURT JUDGE