**FILED**

JUN 1 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0301-W |
| Plaintiff, | ) | |
| v. | ) | **EX PARTE ORDER ADMITTING COMPUTER EQUIPMENT INTO COURTROOM** |
| CARLOS DAVID QUINONEZ, SR., | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that counsel for Mr. Quinonez, or employees of the Federal Defenders of San Diego, Inc., may bring computer equipment into Courtroom 7 for trial on June 17-18, 2008, in the above-captioned case.

**IT IS SO ORDERED.**

DATED: 6/16/08

_____
HONORABLE THOMAS J. WHELAN
United States District Judge