# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Peter Mazza,
Assistant United States Attorney
880 Front Street
Room 6293
San Diego, CA 92101
(619) 557-5610
Fax: (619) 557-3445
Email: Peter.Mazza@usdoj.gov


Dated: June 5, 2008                          /s/ Hanni Fakhoury
                                             HANNI M. FAKHOURY
                                             Federal Defenders of San Diego, Inc.
                                             225 Broadway, Suite 900
                                             San Diego, CA 92101-5030
                                             (619) 234-8467  (tel)
                                             (619) 687-2666  (fax)
                                             e-mail: Hanni_Fakhoury@fd.org

08CR0301-W