# EXHIBIT LIST

## United States v. Quinonez
## Criminal Case No. 08CR0301-W

_X_ Government          ___ Defense          Type of Hearing: Jury Trial

| Exhibit No. | Date Identified | Date Admitted In Evidence | Description | Witness(es) |
|---|---|---|---|---|
| 1 | JUN 17 2008 | JUN 17 2008 | Aerial Photograph of San Ysidro Port of Entry | CBP Officer Duran |
| 2 | JUN 17 2008 | JUN 17 2008 | Photograph of car (front) | CBP Officer Duran |
| 3 | JUN 17 2008 | JUN 17 2008 | Photograph of car (rear) | CBP Officer Duran |
| 4 | JUN 17 2008 | JUN 17 2008 | Orange County Clerk's Office ID and Badge | CBP Officer Duran |
| 5 |  |  | Referral Card | CBP Officer Duran |
| 6 | JUN 17 2008 | JUN 17 2008 | Tan jacket | Raul Esquivel-Olvera |
| 7 | JUN 17 2008 | JUN 17 2008 | Multi-colored shirt | Raul Esquivel-Olvera |
| 8 | JUN 17 2008 | JUN 17 2008 | Men's pants | Raul Esquivel-Olvera |
| 9 |  |  | CA DMV Registration card | CBP Officer Sergio Barron |
| 10 |  |  | Photograph of trunk | CBP Officer Sergio Barron |
| 11 |  |  | TECS Record | CBP Officer Sergio Barron |