

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>V.<br><br>CARLOS DAVID QUINONEZ<br><br>Defendant | Case No. 08CR0301-W<br><br><br><br>ORDER AND JUDGMENT OF DISMISSAL |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above entitled case is dismissed, without prejudice, as to defendant Carlos David Quinonez.

IT IS FURTHER ORDERED that the sentencing hearing date of October 6, 2008 is vacated and the defendant's bond exonerated.

Dated: September 30, 2008

_____
HON. THOMAS J. WHELAN
U.S. DISTRICT COURT JUDGE